382 A.2d 739

**Julius S. BARATI, President, Wilson Farm Builders, Inc., Appellant,**

v.

**Ann L. BARATI, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 10, 1978.

Decided Feb. 10, 1978.

Julius S. Barati, I. P. P., for appellant.

Ronald J. Bua, J. Kerrington Lewis, P. Andrew Diamond, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

### OPINION

PER CURIAM:

Decree affirmed.

Each party to pay own costs.